UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

BYRON THOMAS, ET AL                *    CIVIL ACTION
                                   *
VERSUS                             *    NO. 09-4487
                                   *
UNITED STATES OF AMERICA           *    SECTION "B"(1)
                                   *

                              ORDER

    Before the Court is Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. No. 22) and Plaintiff Juliann James's Motion for Partial Summary Judgment (Rec. Doc. No. 24). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to the motions, set for hearing on **September 15, 2010**, have been submitted. Further, no one has filed a motion to continue the hearings or filed a motion for extension of time within which to oppose the motions. Accordingly, the motions are deemed to be unopposed, and, further, it appearing to the Court that the motions have merit,

    **IT IS ORDERED** that said motions are **GRANTED**.

    A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days. The motion must be accompanied by opposition memoranda to the original motions. Because such a

motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 9th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE